BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Special Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6821
    FAX: (415) 436-7234
    Katherine.Lloyd-Lovett@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 16-384 WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | |
| CATHERINE WILSON, aka CATHERINE MOSS, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at a status conference on October 11, 2016, that the time between October 11, 2016 and November 1, 2016, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Excluding time until November 1, 2016, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

    IT IS SO STIPULATED.

DATED: October 11, 2016

                          /s/
                         KATHERINE M. LLOYD-LOVETT
                         Special Assistant United States Attorney

DATED: October 11, 2016

                          /s/
                         ELIZABETH FALK
                         Assistant Federal Public Defender
                         Counsel for Defendant CATHERINE WILSON

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 16-384 WHA

1                                             [PROPOSED] ORDER

2         As explained on the record at a status conference on October 11, 2016, the Court finds that the exclusion of the period from October 11, 2016, to November 1, 2016, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

        IT IS SO ORDERED.

DATED: October 13, 2016.                          _____
                                                                           HON. WILLIAM ALSUP
                                                                            UNITED STATES DISTRICT JUDGE