BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MEREDITH B. OSBORN (CABN 250467)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    meredith.osborn@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00384-WHA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |
| v. | |
| CATHERINE WILSON, aka CATHERINE MOSS, | |
| Defendant. | |

    The defendant, CATHERINE WILSON, aka CATHERINE MOSS, represented by Elizabeth Falk, pleaded guilty to Count One of the Indictment on November 1, 2016. This matter is currently set for sentencing on February 13, 2017.

    The defendant has not yet been interviewed by the Office of Probation. To allow adequate time for the Probation Officer to complete the interview and prepare the Pre-Sentencing Investigation Report, the parties request that the Court permit this stipulation and proposed order continuing the sentencing date.

    The parties hereby request that the Court continue the date for sentencing presently set for February 13, 2017 to March 21, 2017 at 2 p.m. As set forth above. Pursuant to Local Criminal Rule 32-2, the parties and the Probation Officer have conferred and will be available on the changed date if the

STIP AND [~~PROP~~] ORDER CONTINUING SENTENCING DATE
CR-00384 WHA

motion is granted.  Counsel for the government has additionally conferred with the Courtroom Deputy Clerk for Judge Alsup and confirmed that the changed date is available on Judge Alsup's calendar.

Because the defendant has already pleaded guilty, no time exclusion is necessary under the Speedy Trial Act.

SO STIPULATED

DATED: January 18, 2017              BRIAN J. STRETCH
                                     United States Attorney


                                     _____/s/_____
                                     MEREDITH B. OSBORN
                                     Assistant United States Attorney


DATED: January 18, 2017

                                     _____/s/_____
                                     ELIZABETH FALK
                                     Counsel for Defendant

STIP AND [PROP] ORDER CONTINUING SENTENCING DATE
CR-00384 WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**~~[PROPOSED]~~ ORDER**

For the foregoing reasons, the Court HEREBY ORDERS that the sentencing hearing in this matter is re-set from February 13, 2017 to March 21, 2017 at 2:00 p.m., before the Honorable William H. Alsup.  Because the defendant has already pleaded guilty, no time exclusion is necessary under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: January 19, 2017.

_____
HONORABLE WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE

STIP AND ~~[PROP]~~ ORDER CONTINUING SENTENCING DATE
CR-00384 WHA