IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CATHERINE WILSON, aka Catherine Moss,<br><br>　　　　Defendant.<br>―――――――――――――――――――――――/ | No. CR 16-00384 WHA<br><br>**NOTICE RE SENTENCING** |

　　　At sentencing, the parties shall please be prepared to discuss whether defendant has already begun paying restitution and her ability to make such payments going forward.

Dated: March 20, 2017.

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE