1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

  v.

CATHERINE WILSON, aka Catherine Moss,

           Defendant.

—————————————————————/

No. CR 16-00384 WHA

**NOTICE RE BOOK REPORTS**

      The judge enjoyed reading both book reports by Ms. Moss, one on Rosa Parks, and the other on Dr. Martin Luther King, Jr. The reports, however, neglected to give the titles and authors of the books reviewed. Ms. Moss is required to supply the titles and authors of these two book (and to do so in future book reports).

Dated: June 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE